CITY OF PATERSON v. PASSAIC VALLEY
SEWERAGE COMMISSIONERS.

December 1, 1980.

Petition for certification denied.   (See 175 *N.J.Super.* 20)


STATE OF NEW JERSEY v. ROBERT LIPANI.

December 1, 1980.

Petition for certification denied.


STATE OF NEW JERSEY v. JUSTO CUEVAS.

December 1, 1980.

Petition for certification denied.


FRANK FELLIPELLO v. ALLSTATE INSURANCE COMPANY.

December 1, 1980.

Petition for certification denied.